```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                           CRIMINAL ACTION NO. 2:07-00167

JOHN W. STINSON, JR.

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On July 3, 2013, the United States of America appeared by Meredith George Thomas, Assistant United States Attorney, and the defendant, John W. Stinson, Jr., appeared in person and by his counsel, John R. McGhee, Jr., for a hearing on the petition on supervised release submitted by United States Probation Officer Joseph Black.  The defendant commenced a three-year term of supervised release in this action on March 9, 2012, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on March 11, 2008.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  the defendant used and possessed cocaine as evidenced by positive urine specimens submitted by him on January 28, March 11 and 20, April 19 and May 2, 2013, the defendant having admitted using cocaine to the probation officer on May 20, 2013, after denying cocaine use for several weeks; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth

in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWO (2) MONTHS, to be followed by a term of thirty-four (34) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special condition that he participate in the program more fully described on the record of the hearing at Cross Roads, administered by Union Mission, for a period of one year, participate in drug abuse counseling and treatment as instructed, and follow the rules and regulations of the facility.  Upon release from custody, the defendant shall report directly from his place of incarceration to Cross Roads, with transportation to be provided by an administrator of the program.

      The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 8, 2013

_____
John T. Copenhaver, Jr.
United States District Judge

4